## BOOKER v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. September 1, 1919.)

No. 5282.

In Error to the District Court of the United States for the Western District of Arkansas; Frank A. Youmans, Judge.

Criminal prosecution by the United States against George Booker. Judgment of conviction, and defendant brings error. Reversed.

See, also, 260 Fed. 557, —— C. C. A. ——.

J. Q. Mahaffey, of Texarkana, Tex., for plaintiff in error.

J. S. Holt, Asst. U. S. Atty., of Ft. Smith, Ark. (Emon O. Mahony, U. S. Atty., of El Dorado, Ark., on the brief), for the United States.

Before SANBORN, CARLAND, and STONE, Circuit Judges.

PER CURIAM. Booker was jointly tried and convicted upon the same indictment as Anderson, whose conviction has this day been reversed. 260 Fed. 557, —— C. C. A. ——.

It follows that the same judgment must be entered in this case.

STONE, Circuit Judge, dissents.